IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARTLEY BACKUS,

     Plaintiff,                   No. 2:12-cv-3020 KJM CKD PS

     vs.

CITY OF AUBURN, et al.,

     Defendants.          <u>ORDER</u>

_____/

     Plaintiff has served a subpoena duces tecum on non-party AT&T.  The subpoena indicates AT&T is located in North Palm Beach, Florida.  As such, any subpoena duces tecum should have issued from the United States District Court for the Southern District of Florida.  Fed. R. Civ. P. 45(a)(2)(C).  The subpoena will therefore be quashed as improvidently issued.

     Upon review of the pleadings in this matter, the court has determined that no subpoenas shall issue in this matter upon plaintiff's request unless approved by the court.

     Accordingly, IT IS HEREBY ORDERED that:

     1.  The subpoena duces tecum served on non-party AT&T, dated January 8, 2013, is quashed.

     2.  The Clerk of Court is directed to serve a copy of this order on AT&T Subpoena Center, 3 ATT Plaza, 308 South Akard Street, 14th Floor-M, Dallas, TX  75202.

1        3.  The Clerk of Court is directed to issue no subpoenas to plaintiff absent further
2 order of the court.

3   Dated: February 12, 2013

4                                              _____
5                                              CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

4
backus3020.qua