IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARTLEY BACKUS,

    Plaintiff,                     No. 2:12-cv-3020 KJM CKD PS

    vs.

CITY OF AUBURN, et al.,

    Defendants.              ORDER

_____/

       On April 8, 2013, plaintiff filed a motion for issuance of arrest warrants. This action is a civil proceeding. Plaintiff presents no basis for the court to issue an arrest warrant.

       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (dkt. no. 13) is denied.

Dated: April 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 backus3020.arr